IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CV 45

| | |
|---|---|
| CHARLES BUTTS, DEREK BUTTS, ZACHARY BOYER and GARRETT PHILLIPS, <br><br> Plaintiffs, <br><br> v <br><br> SCI-COOL ACQUISITION COMPANY, L.L.C., THOMAS BAUGH III, NORMAN ISLAND ADVISORS, L.L.C., THOMAS BAUGH IV, MICHELE ANDERSON, DAVID V. GUST, ISLAND FOREST ENTERPRISES, LLC, NORMAN ISLAND PARTNERS, LLC, ISLAND FOREST INDUSTRIAL, LLC, INDUSTRIAL DYNAMICS, and ALLIED PRECISION COMPONETS, <br><br> Defendants, | **ORDER** |

**THIS MATTER** has come before the undersigned after consultation with the District Court. The Plaintiffs in this matter are represented by Elizabeth Murray-Obertein, attorney of Hendersonville, NC. The undersigned has become aware of circumstances involving Ms. Murray-Obertein that could affect her ability to timely file a response to the Motion to Dismiss (#14) which is due on May 9, 2017. In the case of Ramos v AAA of the Carolinas 1:17cv58, the Plaintiff, acting pro se, has sought an extension of time to file a response to a Motion to Dismiss (#13) and has

1

stated in the motion that her attorney Ms. Murray-Obertein has closed her law practice and the Plaintiff in that case has been unable to contact Ms. Murray-Obertein. As a result, the undersigned will enter an order directing that the individual Plaintiffs, on or before May 5, 2017, contact their counsel and as a result of such contact, file a response or such motion as the Plaintiffs or their attorney may deem appropriate.

The undersigned will further direct that Ms. Murray-Obertein shall file with this Court by May 5, 2017 a notice stating whether or not she is going to continue to represent the Plaintiffs in this matter. Notice of this Order shall be provided to the individual Plaintiffs at the only address that can be found from the pleadings in this matter, that being 2 Robin Lane, Weaverville, NC 28787.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the undersigned will enter an Order directing that the individual Plaintiffs, on or before **May 5, 2017**, contact their counsel and as a result of such contact, file a response or such motion as the Plaintiffs or their attorney may deem appropriate.

The undersigned will further Order that Ms. Murray-Obertein shall file with this Court by **May 5, 2017** a notice stating whether or not she is going to continue to represent the Plaintiffs in this matter. Notice of this Order shall be provided to the individual Plaintiffs at the only address that can be found from the pleadings

this matter, that being **2 Robin Lane, Weaverville, NC 28787**.

Signed: May 3, 2017

Dennis L. Howell
United States Magistrate Judge