# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17cv45

| | |
|---|---|
| CHARLES BUTTS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SCI-COOL ACQUISITION COMPANY, ) LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the Motion to Extend Time [# 18]. For good cause shown, the Court **GRANTS** the motion. [# 18]. Due to a situation beyond the control of Plaintiffs, the Court **STAYS** this case for sixty (60) days to allow Plaintiffs to obtain new counsel, and for new counsel to enter an appearance in this case.

Signed: June 6, 2017

_____
Dennis L. Howell
United States Magistrate Judge