# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| CHARLES BUTTS, DEREK BUTTS, ZACHARY BOYER, AND GARRETT PHILLIPS, | ) ) ) ) | JUDGMENT IN CASE |
| Plaintiffs, | ) ) | 1:17-cv-00045-MR-DLH |
| vs. | ) ) ) | |
| SCI-COOL AQUISITION COMPANY, LLC, THOMAS BAUGH III, NORMAN ISLAND ADVISORS, LLC, THOMAS BAUGH IV, MICHELE ANDERSON, DAVID V. GUST, ISLAND FOREST ENTERPRISES, LLC, NORMAN ISLAND PARTNERS, LLC, ISLAND FOREST INDUSTRIAL, LLC, INDUSTRIAL DYNAMICS, and ALLIED PRECISION COMPONENTS, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2017 Order of Remand.

September 29, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court